Juyoun Han (seeking *pro hac* admission)
Eisenberg & Baum, LLP
24 Union Square East, Penthouse
New York, NY 10003
Telephone: (212) 353-8700
Fax: (212) 353-1708
jhan@eandblaw.com

Angie I. Martell
Iglesia Martell Law Firm, PLLC
2723 S. State Street, Suite 150
Ann Arbor, MI 48104
Telephone: (734) 369-2331
angie@iglesiamartell.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIP LYALL, on behalf of himself and all others similarly situated,<br><br>       *Plaintiff*,<br><br> v.<br><br>ELSEVIER, RELX PLC, and CELL PRESS,<br><br>       *Defendants*. | **Civil Action No. _____**<br><br><br>**MOTION FOR THE *PRO HAC VICE* ADMISSION OF JUYOUN HAN** |

  I, Angie I. Martell, an attorney admitted to practice in this Court, and counsel of record in this proceeding, hereby move the Court for the admission of Juyoun Han, *pro hac vice*, to this Court as Counsel for the plaintiff for the purposes of litigating the above captioned case and in support thereof state as follows:

  1.  The case in which I seek admission of Juyoun Han to appear *pro hac vice* is *Kip Lyall v. Elsevier, et al.*, docket number pending, and is pending in the District of Massachusetts.

  2.  This case is not a related or consolidated matter for which Juyoun Han has previously applied to appear *pro hac vice*.

3. Juyoun Han's office address is 24 Union Square East, Penthouse, New York, New York 10003.

4. Juyoun Han's telephone number, fax number, and email address are as follows:

    Telephone:  (212) 353-8700
    Fax:  (212) 353-1708
    Email:  jhan@eandblaw.com

5. Local Counsel's name, address, telephone number, and email address are as follows:

    Name:  Angie I. Martell
    Address:  Iglesia Martell Law Firm, PLLC
    2723 S. State Street, Suite 150
    Ann Arbor, MI 48104
    Telephone:  (734) 369-2331
    Email:  angie@iglesiamartell.com

6. The Plaintiff of this Case is Kip Lyall.

7. The Defendants of this Case are Elsevier, RELX PLC, and Cell Press.

8. It is unknown who will be representing Defendants in this action at this time.

9. Please refer to the Affirmation of Juyoun Han attached to this Motion for a list of the Courts to which Juyoun Han is admitted and the dates of admission.

10. Juyoun Han is an attorney in good standing and authorized to appear in the Courts identified in paragraph 9.

11. Juyoun Han is not currently disbarred or suspended in any state, territory, United States possession or tribunal.

12. Juyoun Han is not subject to any pending disciplinary proceeding by any court, agency or organization authorized to discipline her as a lawyer.

13. Juyoun Han consents to the jurisdiction of the courts and agencies of the Massachusetts State Bar, and she further consents to service of process at any address(es) required by this Rule.

14. Juyoun Han agrees to review and comply with the appropriate rules of procedure as required in the case for which she is applying to appear *pro hac vice*.

15. Juyoun Han understands and agrees to comply with rules and standards of professional conduct required of members of the Massachusetts State Bar.

16. A draft Order is attached hereto and incorporated herein by reference.

WHEREFORE, based upon Juyoun Han's experience and credentials outlined above, it is requested that this Court grant this motion and admit Juyoun Han to assist as plaintiff's counsel in this Case in associated with the undersigned and her firm.

Dated: August 6, 2024

Respectfully submitted,

Iglesia Martell Law Firm, PLLC

By: /s/ Angie I. Martell_____
Angie I. Martell, Esq.
2723 S. State Street, Suite 150
Ann Arbor, MI 48104
Telephone: (734) 369-2331
angie@iglesiamartell.com
*Attorney for Plaintiff*