Juyoun Han (seeking *pro hac* admission)
Eisenberg & Baum, LLP
24 Union Square East, Penthouse
New York, NY 10003
Telephone: (212) 353-8700
Fax: (212) 353-1708
jhan@eandblaw.com

Angie I. Martell
Iglesia Martell Law Firm, PLLC
2723 S. State Street, Suite 150
Ann Arbor, MI 48104
Telephone: (734) 369-2331
angie@iglesiamartell.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KIP LYALL, on behalf of himself and all others similarly situated,<br><br>                        *Plaintiff*,<br><br>  v.<br><br>ELSEVIER, RELX PLC, and CELL PRESS,<br><br>                        *Defendants*. | Civil Action No. 24-cv-12022<br><br>**AFFIRMATION OF JUYOUN HAN IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION** |

      I, Juyoun Han, being duly sworn, depose and state as follows:

      1.     The facts stated in this affirmation are within my personal knowledge and are true and correct and if called to testify concerning them under oath, I could and would testify completely thereto. I am over 18 years of age, have never been convicted of a felony, and I am competent in all respect to make this affirmation.

      2.     I am an attorney representing Plaintiff Kip Lyall.

3. I am a partner of the law firm Eisenberg & Baum, LLP, 24 Union Square East, Penthouse, New York, New York 10003; Telephone: (212) 353-8700; Fax: (212) 353-1708; and email: jhan@eandblaw.com.

4. I certify that I am eligible for admission *pro hac vice* before this Court. I am a member in good standing in every jurisdiction where I have been admitted to practice. I am a member in good standing of the following bar associations and courts:

> District Court for the Eastern District of New York
> District Court of the Northern District of New York
> District Court for the Southern District of New York
> District Court for the Western District of New York
> District Court for the District of Columbia
> District Court for the Central District of California
> District Court for the Northern District of California
> District Court for the Southern District of California
> 2nd Circuit Court of Appeals
> 5th Circuit Court of Appeals
> 9th Circuit Court of Appeals
> State of New York Supreme Court, 4th Appellate Division

5. I have no disciplinary proceedings or criminal charge instituted against me.

6. I have not previously had *pro hac vice* admission (or any other admission) to the Court revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: August 5, 2024                                Respectfully submitted,

/s/ Juyoun Han_____
Juyoun Han
**EISENBERG & BAUM, LLP**
24 Union Square East, Penthouse
New York, NY 10003
Telephone: (212) 353-8700
Fax: (212) 353-1708
jhan@eandblaw.com
*Attorneys for Plaintiff*

3