UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIP LYALL, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ELSEVIER, INC.; RELX PLC; and CELL PRESS, INC.;<br><br>    Defendant. | Civil Action No. 1:24-cv-12022 |

## JOINT STIPULATION AND [PROPOSED] ORDER

Plaintiff Kip Lyall and Defendants Elsevier, Inc., RELX plc, and Cell Press, Inc., by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, Defendants have filed a Motion to Dismiss the Complaint (Doc. # 12), and Plaintiff has filed an Opposition thereto (Doc. # 22);

**WHEREAS**, pursuant to Local Rule 7.1(b)(2), Defendants have obtained leave from the Court to file a Reply brief in support of their Motion to Dismiss, which is due to be filed on or before December 11, 2024 (Doc. # 15);

**WHEREAS**, Plaintiff's counsel has indicated to Defendants' counsel that Plaintiff plans to file an Amended Complaint, which, if filed, would moot the pending Motion to Dismiss; and

**WHEREAS**, in light of the forthcoming Amended Complaint, the parties have met and conferred about how to best structure the briefing schedule for the convenience of the parties and the Court and to avoid unnecessary or duplicative briefing, and have come to an agreement.

**THEREFORE, IT IS AGREED**, by the parties, through their undersigned counsel, and upon approval and entry by the Court, **IT IS ORDERED** as follows:

1

(1) The deadline for Defendants to file a Reply brief in support of their Motion to Dismiss, currently set for December 11, 2024, is stayed;

(2) If Plaintiff chooses to file an Amended Complaint, the Amended Complaint shall be filed on or before January 6, 2025;

(3) Defendants consent to the filing of an Amended Complaint under Fed. R. Civ. P. 15(a)(2), but such consent is made without waiver of any defense, response, or argument that Defendants may raise in response to the Amended Complaint;

(4) Defendants shall file any responsive pleading or motion directed to the Amended Complaint, if filed, on or before February 8, 2025;

(5) If no Amended Complaint is filed by Plaintiff, Defendants shall file a Reply brief in support of their Motion to Dismiss on or before January 21, 2025, at which point the Motion to Dismiss will be deemed submitted to the Court; and

(6) Plaintiff does not waive its right to seek the Court's leave or consent to amend the Complaint in the future.

**IN WITNESS WHEREOF**, the Parties, through their undersigned counsel, have executed this Stipulation and [Proposed] Order on this 10th day of December, 2024.

Respectfully submitted,

**STEPTOE LLP**

/s/ Nathaniel J. Kritzer
Nathaniel J. Kritzer (admitted *pro hac vice*)
Joseph Sanderson (admitted *pro hac vice*)
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3900
nkritzer@steptoe.com
josanderson@steptoe.com

Alexander Wolf (BBO # 685374)
717 Texas Avenue, Suite 2800
Houston, TX 77002
(713) 221-2300
awolf@steptoe.com

B. Gammon Fain (admitted *pro hac vice*)
1330 Connecticut Avenue NW
Washington, DC 20036
(202) 429-3000
gfain@steptoe.com

*Counsel for Defendants*

**EISENBERG & BAUM LLP**

/s/ Juyoun Han (with permission)
Juyoun Han (admitted *pro hac vice*)
24 Union Square East, Penthouse
New York, NY 10003
(212) 353-8700
jhan@eandblaw.com

*Counsel for Plaintiff*

**IGLESIA MARTELL LAW FIRM PLLC**

Angie I. Martell
2723 S. State Street, Suite 150
Ann Arbor, MI 48104
(734) 369-2331
angie@iglesiamartell.com

*Local Counsel for Plaintiff*

IT IS SO ORDERED on this ___12___ day of December, 2024.

/s/ Patti B. Saris
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

3