UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIP LYALL, on behalf of himself and all others similarly situated,<br>*Plaintiff*,<br><br>v.<br><br>ELSEVIER, RELX PLC, and CELL PRESS,<br>*Defendants*. | Civil Action No. 24-cv-12022 |

**DECLARATION OF JUYOUN HAN**

Juyoun Han, declares under the penalty of perjury:

1. I am an attorney licensed to practice in the State of New York and admitted to practice before this Court.

2. I am a partner at Eisenberg & Baum LLP, Attorneys for Plaintiff Jordan Crowley.

3. The main document filed herein is the First Amended Complaint.

4. Attached herewith is Exhibit A, the Certificate of Plaintiff regarding stock purchase.

5. Attached herewith is Exhibit B, the Spring 2021 Responsible Growth Report.

6. Attached herewith is Exhibit C, the Fall 2021 Responsible Growth Report.

7. Attached herewith is Exhibit D, the January 2022 Update (Winter Update).

8. Attached herewith is Exhibit E, the Spring 2022 Responsible Growth Report.

9. Attached herewith is Exhibit F, the Fall 2022 Responsible Growth Report.

Dated: January 6, 2025

/s/ Juyoun Han

Eisenberg & Baum LLP, Attorneys for Plaintiff