# EXHIBIT A

# CERTIFICATION OF PLAINTIFF

## PURSUANT TO THE FEDERAL SECURITIES LAWS

Kip Lyall hereby certifies under penalties of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed the the attached Class Action Complaint for Violations of the Federal Securities Laws and have authorized counsel to file the complaint.
2. l did not purchase the security that is the subject or this action at the direction or counsel or in order to participate in this private action.
3. I am willing to serve as a representative party on behalf of the class including providing testimony at deposition and trial. if necessary.
4. To the best of my knowledge, the transactions in the Stock of RELX that I executed and that were held in the funds that I had invested in during the relevant period are set forth in Appendix attached hereto.
5. I have not sought to serve as a class representative in any federal securities litigation previously.
6. l will not accept any payment for serving as class representative on behalf of the class beyond my pro rata share of any recovery, except as approved by the court, and except other recovery ordered by the court for other claims included in the Complaint.

Dated: January 6, 2025

*[signature]*

_____

Kip Lyall

**APPENDIX**

Trade Date: 03/08/2021

Transaction Type: Buy

Quantity: 4

Price: $23.41

Total amount: $93.64

Account name: Kip Lyall

Holding Name: RELX PLC SPON ADR

Purchase of Funds that hold RELX stocks

Vanguard Star Fund

Purchase Date:  04/25/2018

Transaction Type: Buy

Quantity: N/A

Price: N/A

Total Amount: $1,000

Domini Impact International Equity Inv

Purchase Date: 11/24/2014

Transaction Type: Buy

Quantity: N/A

Price: N/A

Total Amount: N/A

PIMCO Total Return ESG Institutional

Purchase Date: 6/11/2013

Transaction Type: Buy

Quantity: N/A

Price: N/A

Total Amount: N/A

PXNIX Impax International Sust Econ Instl

Purchase Date: 8/4/2021

Transaction Type: Buy

Quantity: N/A

Price: N/A

Total Amount: N/A