UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KIP LYALL, | ) | |
| On behalf of himself and all others similarly | ) | |
| Situated, | ) | |
|     Plaintiff, | ) | |
|   v. | ) | CIVIL ACTION |
| | ) | NO. 24-12022-PBS |
| ELSEVIER, INC., ET AL, | ) | |
|     Defendants. | ) | |

## ORDER OF DISMISSAL

SARIS, D.J.

In accordance with the Court's Memorandum and Order dated October 17, 2025, allowing defendants' motion to dismiss (Docket No. 57), it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/ s / Clarilde-Karasek
Deputy Clerk

DATED: October 17, 2025